# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1671 - Classen Immunotherapies, Inc. v. Elan Pharmaceuticals, Inc.

Brief of Appellant

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

October 01, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Paul William Browning
James B. Monroe

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1671 - Classen Immunotherapies, Inc. v. Elan Pharmaceuticals, Inc.

The Brief of Appellant has been rejected for following reasons:

- Footnotes are not in 14-point font size. [A proportionally spaced type face must be 14-point or larger including footnotes. Fed. R. App. P. 32(a)(5)(A); also see Practice Note 32]

- A confidential brief must be labeled as "confidential" on the cover. Fed. Cir. R. 28(d)(1)(A)

- The table of contents of the nonconfidential brief must include a paragraph describing the general nature of the confidential material that has been deleted. Fed. Cir. R. 28(d)(1)(B)

- A nonconfidential brief submitted must be labeled as "nonconfidential" on the cover. Fed. Cir. R. 28(d)(1)(B)

- Each page in the confidential brief containing confidential material must enclose this material in brackets or indicate this material by highlighting. Fed. Cir. R. 28(d)(1)(A)

- The addendum attachments to the brief are not in text-searchable format.  See Rule ECF-7(B)